No. 14-1512

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

TODD DUFFEY,

Appellant,

– against –

TWENTIETH CENTURY FOX FILM CORPORATION AND LIBRARY PUBLICATIONS, INC.,

Appellees.

## STIPULATION

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn without costs or attorneys' fees and pursuant to Local Rule 42.1. Appellant may reinstate the case by filing written notice with the Clerk, and serving such notice upon the undersigned Appellees, by July 11, 2014. The time tolled under LR 31.2 if any, begins to run again from the date of appellant's reinstatement notice to the Clerk.

If not timely reinstated, the appeal shall be mandated pursuant to FRAP 41

Dated: New York, New York
       June 25, 2014

*(signature)*
RANDALL S. NEWMAN, P.C.
Randall S. Newman
37 Wall St., Penthouse D
New York, New York 10005
Tel: (212) 797-3737

*Attorneys for Appellant Todd Duffey*

*(signature)*
LOEB & LOEB LLP
Jonathan Zavin
Wook Hwang
Loeb & Loeb LLP
345 Park Avenue
New York, New York 10154-0037
Tel: (212) 407-4000

*Attorneys for Appellees Twentieth Century Fox Film Corporation and Library Publications, Inc*

SO ORDERED:

_____